UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:10-cv-81239-MARRA/JOHNSON

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

v.

OFFICE DEPOT, INC.,

            Defendant.

**PLAINTIFF'S NOTICE OF FILING CONSENT OF DEFENDANT
OFFICE DEPOT, INC., TO FINAL JUDGMENT AND
REQUEST FOR ENTRY OF JUDGMENT**

Plaintiff Securities and Exchange Commission files the attached Consent of Defendant Office Depot, Inc., to entry of a Final Judgment. The proposed Final Judgment also is attached, and the Commission asks the Court to enter the Final Judgment, which will resolve the Commission's claims against Office Depot, Inc.

Respectfully submitted,

October 28, 2010    By:    s/Amie Riggle Berlin
                                    Amie Riggle Berlin, Esq.
                                    Senior Trial Counsel
                                    Florida Bar No. 630020
                                    Direct Dial: (305) 982-6322
                                    E-mail: berlina@sec.gov

                                    Robert K. Levenson, Esq.
                                    Regional Trial Counsel
                                    Florida Bar No. 0089771
                                    Direct Dial: (305) 982-6341
                                    E-mail: levensonr@sec.gov

Steven J. Meiner
Senior Counsel
New York Bar No. 2785806
Direct Dial: (305) 982-6336
E-mail meiners@sec.gov

*Attorneys for Plaintiff*
**U.S. Securities and Exchange Commission**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel for parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Amie R. Berlin
Amie Riggle Berlin, Esq.

Daniel F. Shea, Esq.
Hogan Lovells
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Telephone:   (303) 454-2475
Facsimile:    (303) 899-7333
E-mail: dan.shea@hoganlovells.com
*Counsel for Defendant Office Depot, Inc.*
Service by Overnight Delivery