UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-CV-81239-MARRA/JOHNSON

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

OFFICE DEPOT, INC.,

                Defendant.

## FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion to Approve Consent Judgment. (DE 4).  The Court has carefully considered the motion and Consent Judgment and is otherwise fully advised in the premises.

The Securities and Exchange Commission having filed a Complaint and Defendant Office Depot, Inc. having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment.  Accordingly, it is hereby

1.     **ORDERED AND ADJUDGED** that Defendant shall pay a civil penalty in the amount of $1,000,000 pursuant to Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3). Defendant shall make this payment within thirty (30) days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order

payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Office Depot, Inc. as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

2. **IT IS FURTHER ORDERED AND ADJUDGED** that the Consent of Defendant Office Depot, Inc. is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

3. **IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

4. This case is **CLOSED**.  All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of October, 2010.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record